**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

SCOTT RUMMLER,

|                     | Plaintiff,  |  5:25-cv-1062 (BKS/CBF) |

v.

JEFFERSON COUNTY EMERGENCY
MEDICAL SERVICE,

|                     | Defendant.  |                         |

---

**Appearances:**

*Plaintiff pro se:*
Scott Rummler
Watertown, NY 13601

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff  Scott Rummler brought this action pro se asserting claims under 42 U.S.C. § 1983 against Defendant Jefferson County Emergency Medical Service. (Dkt. No. 1). Plaintiff also sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2). This matter was referred to United States Magistrate Judge Thérèse Wiley Dancks for an initial review pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). On October 15, 2025, Magistrate Judge Dancks granted Plaintiff's application to proceed IFP and issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. (Dkt. No. 5). This court adopted Magistrate Judge Dancks Report-Recommendation and dismissed Plaintiff's complaint, with leave to amend. On November 17, 2025, Plaintiff filed an Amended Complaint and on December 3, 2025, Plaintiff filed a Second Amended Complaint. (Dkt. Nos. 7, 8). Magistrate Judge Thérèse Wiley Dancks conducted an

initial review of the Amended Complaints pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d), and issued a Report-Recommendation, recommending that Plaintiff's Amended Complaints be dismissed for failure to state a claim. (Dkt. No. 9). Magistrate Judge Dancks informed Plaintiff that he had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 5-6). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the recommendation that the Amended Complaints be dismissed for failure to state a claim because Plaintiff has failed to plausibly allege a claim of municipal liability under *Monell*.

For these reasons, it is hereby

**ORDERED** that the recommendation in Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 9) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint (Dkt. NO. 7) and Second Amended Complaint (Dkt. No. 8) are **DISMISSED** for failure to state a claim; and it is further

**ORDERED** that the Clerk is directed to issue a judgment and close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the

Local Rules.

**IT IS SO ORDERED.**

Dated:  March 26, 2026
       Syracuse, New York


Brenda K. Sannes
Chief U.S. District Judge

3